IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-mJ-8084-GCS |
| ) | |
| DONALD H. DAMPIER, ) | Title 18 |
| a.k.a. Donald H. Dampier, Jr., ) | United States Code, |
| Defendant. ) | Section 922(g). |
| ) | |

## CRIMINAL COMPLAINT

I, Matthew Inlow, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**(Felon in Possession of a Firearm)**

On or about April 8, 2021, in St. Clair County, within the Southern District of Illinois,

**DONALD H. DAMPIER,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, Armed Robbery, in St. Clair County Circuit Court in case number 16CF946, did knowingly possess a firearm, that is; a SCCY, Model CPX-2, 9mm pistol bearing serial number 795458, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001. Your affiant was previous employed as a United States

Secret Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On April 8, 2021, I was contacted by Fairview Heights Police Department regarding the traffic stop conducted on Donald Handley DAMPIER at the intersection of North Illinois and Pin Oak Lane, Caseyville, Illinois while he was driving a 2002 Chevrolet, Monte Carlo, bearing Illinois License Plate #CL84831. Law Enforcement Officer's contacted DAMPIER and advised DAMPIER the reason for the traffic stop was for speeding and DAMPIER agreed that he was driving fast. Law Enforcement then conducted an inquiry on DAMPIER, and it revealed that DAMPIER possessed a valid Illinois driver's license and was currently on parole with the Illinois Department of Corrections. Law Enforcement asked DAMPIER if he was still currently on parole and DAMPIER stated that he was. Law Enforcement then asked DAMPIER to exit the vehicle and that Law Enforcement was going to conduct a search pursuant to DAMPIER's Illinois Department of Corrections Parole requirements. Prior to the search DAMPIER stated that he was previously incarcerated for an Armed Robbery conviction and he is currently on parole for that conviction.

2. On April 8, 2021 Law Enforcement began searching the vehicle pursuant to the search conditions that are part of his Illinois Department of Corrections Parole. During the search of the vehicle Law Enforcement observed "shake" cannabis on the floorboard of the driver's area. Law Enforcement then recovered a SCCY, Model CPX-2, 9mm pistol bearing serial number 795458 from under the driver's seat of the vehicle. Law Enforcement determined the firearm had an empty chamber but a loaded magazine. Law Enforcement also located an extended magazine for the firearm in the glove box of the vehicle.

3. DAMPIER was advised of his Miranda Rights and interviewed by Law Enforcement and DAMPIER informed Law Enforcement that he had found the firearm near some trailers that were near the Swansea Illinois Police Department. DAMPIER stated that he picked up the firearm while he was looking for a place to rent. DAMPIER stated that he also found the second clip laying on the ground. DAMPIER stated that he picked up the firearm and took it because he did not expect to be pulled over by Law Enforcement. DAMPIER stated that he did not contact the police when he found the gun but it had been less than thirty minutes before he was stopped by Law Enforcement.

4. On April 8, 2021, SS/A Inlow discussed the firearm with Fairview Heights Detective Strickland and determined that the SCCY, Model CPX-2, 9mm pistol bearing serial number 795458 was manufactured in the State of Florida.

5. DAMPIER was convicted of a felony punishable by imprisonment for a term exceeding one year, being Armed Robbery, on or about August 8, 2017, in The Circuit Court of St. Clair County, Illinois 20th Judicial District.

6. SS/A Inlow examined DAMPIER's official name. DAMPIER is listed as both "Donald

3

H. Dampier" and "Donald H. Dampier, Jr.". DAMPIER's Illinois Driver's License indicates "Jr.", however, criminal history records do not show "Jr.". Nevertheless, the photographs, dates of birth, and other identifying information confirm this is the same person as stopped on April 8, 2021.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

MATTHEW INLOW
Digitally signed by MATTHEW INLOW
Date: 2021.04.09 10:02:46 -05'00'

Matthew R. Inlow
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

Jennifer Hudson
Assistant United States Attorney

State of Illinois        )
                         )  SS.
County of St. Clair      )

Sworn on the ~~9th~~ 12th day of April 2021, in East Saint Louis, Illinois, within the Southern District of Illinois.

_[signature]_

4